UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X
JENNIFER YEARWOOD,                                :        11 CV 4651 (FB)(JMA)
                                                  :
                Plaintiff,                        :
                                                  :        **STIPULATION OF DISMISSAL**
        -against-                                 :
                                                  :
AMERICAN AIRLINES and SKY CHEFS, INC.             :        (Filed via ECF)
                                                  :
                Defendants.                       :
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action including all claims and cross-claims of whatever nature are hereby discontinued with prejudice, and without cost to any party as against any other party. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       June 21, 2012

                                                  LAW OFFICE OF RONALD W. RAMIREZ

                                                  By: _____
                                                       Ronald W. Ramirez
                                                       Attorneys for Plaintiff
                                                       JENNIFER YEARWOOD
                                                       107-19 71st Avenue
                                                       Forest Hills, NY 11375
                                                       Tel.: 718-261-6161
                                                       Fax: 718-268-3045

NY 655224v.1

PINO & ASSOCIATES

By: _____
Brian W. Colistra
Attorneys for Defendant
AMERICAN AIRLINES, INC.
50 Main Street
White Plains, New York 10606
Tel.: (914) 946-0600
Fax: (914) 946-0650


LOCKE LORD LLP

By: _____
Kenneth J. Gormley
Attorneys for Defendant
SKY CHEFS, INC.
3 World Financial Center
New York, New York 10281
Tel.: 212- 812-7513
Fax: 212-812-8313

s/WFK

SO ORDERED
U.S.D.J.
June 25, 2012

2

NY 655224v.1